AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: 3:03-cr-078-WHA-01 |
| DAVID FRANKLIN COTNEY | ) | USM No: 11196-002 |
| | ) | |
| Date of Original Judgment: 10/22/2003 | ) | N.A. |
| Date of Previous Amended Judgment: | ) | *Defendant's Attorney* |
| *(Use Date of Last Amended Judgment if Any)* | | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 342 months **is reduced to** 300 .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 10/22/2003 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/19/2016                        /s/ W. Harold Albritton
                                              *Judge's signature*

Effective Date: _____                   W. Harold Albritton, Senior U. S. District Judge
*(if different from order date)*              *Printed name and title*